AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LEITMAN, MATTHEW F. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>5/3/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>600 Church Street, Room 125<br>Flint, Michigan 48502 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▭ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account No. 1 (H) | | | | | | | | | |
| 2. -AQR Managed Futures Strategy Fund Class N [AQMNX] | | None | K | T | | | | | |
| 3. -Artisan International Fund Advisor Class N/L [APDIX] | A | Dividend | K | T | | | | | See note in section VIII |
| 4. -Artisan Mid Cap Value Fund Advisor Class N/L [APDQX] | C | Dividend | K | T | | | | | See note in section VIII |
| 5. -Calamos Market Neutral Income Fund Class I [CMNIX] | A | Dividend | K | T | | | | | |
| 6. -Champlain Small Company Fund Advisor Class N/L [CIPSX] | C | Dividend | K | T | | | | | |
| 7. -Columbia Dividend Income Fund Inst CL N/L [GSFTX] | C | Dividend | L | T | | | | | See note in section VIII |
| 8. -Doubleline Total Return Bond Fund Class I N/L [DBLTX] | B | Dividend | K | T | Buy (add'l) | 11/21/17 | J | | |
| 9. -Eaton Vance Multisector Income Fund Class I N/L [EVBIX] | A | Dividend | J | T | | | | | |
| 10. -First Eagle Overseas Fund Class I N/L [SGOIX] | A | Dividend | J | T | | | | | |
| 11. -Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] | A | Dividend | K | T | Sold (part) | 11/21/17 | J | | |
| 12. -Goldman Sachs Emerging Markets Equity Insights Fund Inv Cl [GIRPX] | B | Dividend | K | T | Buy | 11/21/17 | K | | |
| 13. -IVA Worldwide Fund Class I [IVWIX] | B | Dividend | L | T | | | | | |
| 14. -JPMorgan Core Bond Fund Select Class I [WOBDX] | B | Dividend | K | T | | | | | |
| 15. -MFS Emerging Markets Debt Fund Class I [MEDIX] | B | Dividend | K | T | | | | | |
| 16. -Principal Global Diversified Income Fund Inst Class [PGDIX] | B | Dividend | K | T | | | | | See note in section VIII |
| 17. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares TR USA Quality Factor [QUAL] | A | Dividend | K | T | Sold (part) | 11/21/17 | K | | |
| 19. -Vanguard Small Cap Value ETF [VBR] | A | Dividend | K | T | | | | | |
| 20. -Vanguard Short Term Investment Grade FD Admiral Shares [VFSUX] | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 21. -Vanguard REIT ETF [VNQ] | A | Dividend | K | T | | | | | |
| 22. -Vanguard Index Funds S&P 500 ETF SHS NEW [VOO] | B | Dividend | L | T | Sold (part) | 7/07/17 | J | | |
| 23. -Vanguard FTSE Emerging Markets ETF [VWO] | A | Dividend | J | T | | | | | |
| 24. Raymond James Deposit Accounts | A | Interest | K | T | | | | | |
| 25. Chase Bank Cash Deposit Accounts | A | Interest | J | T | | | | | |
| 26. New York Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 27. IRA Account No. 2 (H) | | | | | | | | | |
| 28. -Doubleline Total Return Bond Fund Class I [DBLTX] | A | Dividend | K | T | Buy | 07/07/17 | J | | |
| 29. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 30. -Dodge & Cox International Stock Fund [DODFX] | | None | | | Sold (part) | 07/07/17 | J | | |
| 31. | | | | | Sold | 08/17/17 | K | | |
| 32. -Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] | A | Dividend | J | T | | | | | |
| 33. -Oakmark International Fund Investor Class [OAKIX] | A | Dividend | K | T | Buy | 8/17/17 | K | | |
| 34. | | | | | Sold (part) | 11/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | J | T | | | | | |
| 36. -Vanguard REIT ETF [VNQ] | A | Dividend | J | T | | | | | |
| 37. Brokerage Account No. 1 (H) | | | | | | | | | |
| 38. -Deutsche Managed Municipal Bond Fund Inst Class [SMLIX] | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | See note in Section VIII |
| 39. -Davis New York Venture Fund Class Y [DNVYX] | B | Dividend | K | T | | | | | |
| 40. -American Funds Growth Fund of America Class F1 [GFAFX] | A | Dividend | J | T | | | | | |
| 41. -Deutsche Short Term Municipal Bond Fund Class S [SRMSX] | A | Dividend | L | T | Sold (part) | 8/02/17 | J | | |
| 42. | | | | | Sold (part) | 11/21/17 | J | | |
| 43. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | J | T | Sold (part) | 07/07/17 | J | | |
| 44. MI Education Saving Program, Moderate Aged-Based Option | | None | L | T | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/3/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - line 3: Artisan International Fund Investor Class [ARTIX] transferred to Artisan International Fund Advisor Class N/L [APDIX] due to a change in share class.

Section VII - line 4: Artisian Mid Cap Value Fund Investor Class N/L [ARTQX] transferred to Artisan Mid Cap Value Fund Advisor Class N/L [APDQX] due to a change in share class.

Section VII - line 7: Columbia Dividend Income Fund Class Z [GSFTX] is now known as Columbia Dividend Income Fund Institutional Class N/L [GSFTX].

Section VII - line 16: Principal Global Diversified Income Fund Class P [PGDPX] transferred to Principal Global Diversified Income Fund Institutional Class [PGDIX] due to a change in share class.

Section VII - line 38: Deutsche Managed Municipal Bond Fund Class S [SCMBX] transferred to Deutsche Managed Municipal Bond Fund Institutional Class [SMLIX] due to a change in share class.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MATTHEW F. LEITMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544